UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY S. CROMER; DIANE E. CROMER; PACIFICA PIZZA INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 2:16-CV-02793-KJM-CKD <br><br> **Order Regarding Joint Stipulation of Fact and Discovery** |

## **ORDER**

Plaintiff will forbear from propounding any discovery that seeks information concerning the financial status, ability, or wherewithal of the Stipulating Defendants, subject to ECF No. 31. Plaintiff shall withdraw all discovery already propounded concerning this information, including but not limited to: Interrogatories, Set One, no. 4 and Requests for Production of Documents, Set One, no. 10. Plaintiff reserves the right to seek financial information in support for a claim for punitive damages. But Plaintiff will forbear from seeking that information until Plaintiff believes further discovery information warrants raising a punitive damages claim against the Stipulating Defendants.

Defendants, when determining whether the removal of a BARRIER is READILY ACHIEVABLE, may not raise the following factors as a part of any READILY ACHIEVABLE Defense: (1) Stipulating Defendant's financial resources; (2) the facility's financial resources; (3) the "effect on expenses and resources"; and (4) impact on finances.

Further, Defendants may not assert its Sixteenth Affirmative Defense (Accommodations Sought are Unreasonable and Economically Unfeasible) from the Answer to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED: November 6, 2017.

_____
UNITED STATES DISTRICT JUDGE